THE PEOPLE OF THE STATE OF NEW YORK ex rel. E. DEMOTTE LYON, Respondent, *v.* THOMAS NELSON et al., as Board of Trustees of the Village of Peekskill, et al., Appellants.

*Eminent domain — when award in condemnation proceedings may not be for less than value of property actually taken.*

*People ex rel. Lyon* v. *Nelson,* 162 App. Div. 34, affirmed.

(Argued September 29, 1920; decided October 19, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 10, 1914, which annulled, on certiorari, a determination of the board of trustees of the village of Peekskill confirming the report of commissioners of appraisal and assessment in street widening proceedings and remitted the matter to the trustees for action in accordance with chapter 117 of the Laws of ·1883. The following question was certified: "Are commissioners appointed and proceeding under section 6 of title 7 of chapter 117 of the Laws of 1883 (the charter of the village of Peekskill) in carrying out the directions of that section, warranted in awarding nominal damages to

a landowner from whom land of substantial value is actually taken for a street widening improvement upon the theory that he is benefited by the improvement, to the extent of the difference between the nominal sum and the market value of the land actually taken? " The Appellate Division held that the award could not be for less than the value of the property actually taken.

*Leverett F. Crumb* for appellants.

*James W. Husted* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.